Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
ALEXANDER BAYONNE STROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER BAYONNE STROSS, | Case No.: |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| MICHAEL S. MCCAIN SR. dba ROXSTAR REAL ESTATE, | **Demand for Jury Trial** |
| Defendant. | |

# COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff Alexander Bayonne Stross by and through his undersigned counsel, brings this Complaint against Defendant Michael S. McCain Sr. dba RoxStar Real Estate for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff Alexander Bayonne Stross ("Stross") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stross' original copyrighted works of authorship.

2. Stross is the owner and principal photographer of Stross Stock. After traveling the world with his camera, creating thousands of high-quality photographs, the natural next step was to offer the public means to license his Work. Each photo on Stross Stock is shot with top-quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public.

3. Stross is a native of Austin, Texas, and watched the small city grow and develop into an urban hot spot. This served as his inspiration to become a photographer, centering his expertise on complicated architectural photography and landscape photography. In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor. Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4. Defendant Michael S. McCain Sr. dba RoxStar Real Estate ("RRE") is a real estate broker in the state of California, License Number 01744796, and operates www.roxstarrealestate.com. At all times relevant to herein, RRE is the owner of the website located at the URL "https://www.roxstarrealestate.com/" (the website).

5. Stross alleges that RRE copied Stross' copyrighted Work from the internet in order to advertise, market and promote its business activities. RRE committed the violations alleged in connection with RRE's business for purposes of advertising and promoting sales to the public in the course and scope of RRE's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.:

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. RRE is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Michael S. McCain Sr. dba Roxstar Real Estate is a California Sole Proprietor with its principal place of business at 1801 Century Park East, Suite 870, Los Angeles, CA 90067 and can be served at this address.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2010, Stross created a photograph entitled "1 (City-view-residence_00009)", which is shown below and referred to herein as the "Work".



12. Stross registered the Work with the Register of Copyrights on November 10, 2011 and was assigned the registration number VAu 1-088-759. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Stross was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14. RRE has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, RRE copied the Work.

16. RRE copied Stross' copyrighted Work without Stross' permission.

17. After RRE copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of real estate services.

18. RRE copied and distributed Stross' copyrighted Work in connection with RRE's business for purposes of advertising and promoting RRE's business, and in the course and scope of advertising and selling products and services.

19. Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. RRE committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Stross never gave RRE permission or authority to copy, distribute or display the Work at issue in this case.

22. Stross notified RRE of the allegations set forth herein on December 14, 2018 and April 9, 2019. To date, the parties have failed to resolve this dispute.

23. When RRE copied and displayed the Work at issue in this case, RRE removed Stross' copyright management information from the Work.

SRIPLAW
LOS ANGELES, CALIFORNIA

24. Stross never gave RRE permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Plaintiff incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Stross owns a valid copyright in the Work at issue in this case.

27. Stross registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. RRE copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stross' authorization in violation of 17 U.S.C. § 501.

29. RRE performed the acts alleged in the course and scope of its business activities.

30. RRE's acts were willful.

31. Stross has been damaged.

32. The harm caused to Stross has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Michael S. McCain Sr. dba Roxstar Real Estate that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

       d.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: September 18, 2020      */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Alexander Bayonne Stross